# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER D'AMORE, individually and on behalf of a class of participants in the University of Rochester Retirement Program,<br><br>    *Plaintiff*,<br><br>    v.<br><br>UNIVERSITY OF ROCHESTER,<br><br>    *Defendant*. | No. 6:18-cv-06357<br><br>Hon. Michael A. Telesca |

## NOTICE OF APPEARANCE

Please enter the appearance of Brian D. Netter of Mayer Brown LLP, a member of the Bar of this Court, on behalf of defendant the University of Rochester.

Dated: June 4, 2018

Respectfully submitted,

/s/ Brian D. Netter
Brian D. Netter
MAYER BROWN LLP
1999 K Street N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
bnetter@mayerbrown.com

*Counsel for University of Rochester*