IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER D'AMORE, individually and on behalf of a class of participants in the University of Rochester Retirement Program,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF ROCHESTER,<br><br>    *Defendant*. | No. 6:18-cv-06357<br><br>Hon. Michael A. Telesca |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant, subject to the approval of the Court, that the time for Defendant to move, answer, or otherwise respond to the Complaint is hereby extended to and including July 20, 2018.

No other extensions of time have been either requested or granted.

Dated: June 4, 2018

Respectfully submitted,

/s/ Benjamin J. Sweet
(with permission)
Benjamin J. Sweet
Edwin J. Kilpela, Jr.
Kevin Abramowicz
CARLSON LYNCH SWEET KILPELA &
CARPENTER LLP
1133 Penn Ave., 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
bsweet@carlsonlynch.com
ekilpela@carlsonlynch.com
kabramowicz@carlsonlynch.com

*Attorneys for Plaintiff and the Class*

/s/ Brian D. Netter
Brian D. Netter
MAYER BROWN LLP
1999 K Street N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
bnetter@mayerbrown.com

*Counsel for University of Rochester*

SO ORDERED this __ day of June 2018.

_____
Hon. Michael A. Telesca
United States District Judge