IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER D'AMORE, individually and on behalf of a class of participants in the University of Rochester Retirement Program,<br><br>  *Plaintiff*,<br><br> v.<br><br>UNIVERSITY OF ROCHESTER,<br><br>  *Defendant*. | No. 6:18-cv-06357<br><br>Hon. Michael A. Telesca |

## NOTICE OF APPEARANCE

Please enter the appearance of Nancy G. Ross of Mayer Brown LLP, a member of the Bar of this Court, on behalf of defendant the University of Rochester.

Dated: July 10, 2018    Respectfully submitted,

             /s/ Nancy G. Ross
             Nancy G. Ross
             MAYER BROWN LLP
             71 South Wacker Drive
             Chicago, Illinois 60606
             Telephone:  (312) 782-0600
             Facsimile:  (312) 701-7711
             nross@mayerbrown.com

             *Counsel for University of Rochester*