IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER D'AMORE, individually and on behalf of a class of participants in the University of Rochester Retirement Program,<br><br>*Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF ROCHESTER et al.,<br><br>*Defendant.* | No. 6:18-cv-06357<br><br>Hon. Michael A. Telesca |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT UNIVERSITY OF ROCHESTER TO RESPOND TO THE AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendant University of Rochester, subject to the approval of the Court, that the time for Defendant University of Rochester to move, answer, or otherwise respond to the Complaint is hereby extended to and including January 7, 2019.

The current deadline, December 17, 2018, was ordered by the Court at Dkt. 16.

Dated: December 7, 2018

/s/ Benjamin J. Sweet
(with permission)
Benjamin J. Sweet
Edwin J. Kilpela, Jr.
CARLSON LYNCH SWEET KILPELA & CARPENTER LLP
1133 Penn Ave., 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
bsweet@carlsonlynch.com
ekilpela@carlsonlynch.com

*Attorneys for Plaintiff and the Class*

Respectfully submitted,

/s/ Brian D. Netter
Brian D. Netter
MAYER BROWN LLP
1999 K Street N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
bnetter@mayerbrown.com

Nancy G. Ross
Samuel P. Myler
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
nross@mayerbrown.com
smyler@mayerbrown.com

*Counsel for University of Rochester*

SO ORDERED this 7th day of December 2018.

s/ Michael A. Telesca
Hon. Michael A. Telesca
United States District Judge