Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

**Samuel P. Myler**
Direct Tel +1 312 701 8461
Direct Fax +1 312 706 8273
smyler@mayerbrown.com

January 7, 2019

**VIA ECF**

Hon. Michael A. Telesca
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re: *D'Amore v. University of Rochester*, 6:18-cv-6357-MAT (W.D.N.Y.)

Hon. Judge Telesca:

     Defendant University of Rochester submits this letter to inform the Court that the parties have agreed, subject to the Court's approval, to a one-day continuance of the deadline for Rochester to respond to the pending complaint in the above-referenced action, thereby setting the deadline as tomorrow, January 8. The parties have agreed to this continuance in order to allow them to determine whether they can resolve the lawsuit without further litigation. The parties are currently engaged in productive settlement negotiations which they are hopeful will eliminate the need for further court action. Barring any objection by the Court, should the parties not be able to reach a settlement of the pending action by the end of the day tomorrow, Defendant will file its response to the pending complaint.

                                                  Sincerely,

                                                  /s/ Samuel P. Myler

Cc: All counsel of record (via ECF)

Mayer Brown LLP operates in combination with other Mayer Brown entities, which have offices in North America,
Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.