# MAYER • BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300
www.mayerbrown.com

**Brian D. Netter**
T: +1 202 263 3339
F: +1 202 263 5236
bnetter@mayerbrown.com

January 8, 2019

**VIA ECF**

Hon. Michael A. Telesca
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   *D'Amore v. University of Rochester*,
        6:18-cv-6357-MAT (W.D.N.Y.)

Dear Judge Telesca:

By letter dated yesterday, the University of Rochester informed the Court of productive settlement negotiations, which warranted a one-day extension of the deadline for responding to the amended complaint. Those negotiations are ongoing. The University therefore requests that its deadline for responding to the amended complaint be extended to Friday, January 11, 2019. Plaintiff joins this request.

                                                                Sincerely,

                                                                /s/ Brian D. Netter
                                                                Brian D. Netter

                                                                *Counsel for the University of Rochester*

Cc:  All counsel of record (via ECF)

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).