**MAYER • BROWN**

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

January 11, 2019

**Samuel P. Myler**
Direct Tel +1 312 701 8461
Direct Fax +1 312 706 8273
smyler@mayerbrown.com

**VIA ECF**

Hon. Michael A. Telesca
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   *D'Amore v. University of Rochester*, 6:18-cv-6357-MAT (W.D.N.Y.)

Hon. Judge Telesca:

     By letters dated January 7 and January 8, the University of Rochester informed the Court that the parties to the above-referenced lawsuit were engaged in productive settlement negotiations and requested that the Court extend the deadline for the University to respond to the plaintiffs' amended complaint.  Although the parties' negotiations continued throughout the week, they have been unable to conclude their negotiations because counsel for the plaintiffs has fallen ill.  The parties therefore request that the Court again extend the aforementioned deadline.  They believe that a one-week extension—extending the deadline to **Friday**, **January 18, 2019**—will provide them sufficient time to negotiate to either an agreement or an impasse.

                            Sincerely,

                            /s/ Samuel P. Myler
                            *Counsel for University of Rochester*

Cc:  All counsel of record (via ECF)

Mayer Brown LLP operates in combination with other Mayer Brown entities, which have offices in North America,
Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.
AMECURRENT 731074200.1 11-Jan-19 15:26