# MAYER•BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300
www.mayerbrown.com

**Brian D. Netter**
T: +1 202 263 3339
F: +1 202 263 5236
bnetter@mayerbrown.com

January 18, 2019

**VIA ECF**

Hon. Michael A. Telesca
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   *D'Amore v. University of Rochester*,
      6:18-cv-6357-MAT (W.D.N.Y.)

Dear Judge Telesca:

As the Court is aware, the parties to this action have been engaged in productive negotiations to obviate the need for further proceedings.  The University of Rochester previously requested that its deadline to respond to the amended complaint be extended to today.  In light of the ongoing negotiations, the parties respectfully request to further extend that deadline until Monday, January 21, 2019.

Sincerely,

/s/ Brian D. Netter
Brian D. Netter

*Counsel for the University of Rochester*

Cc:  All counsel of record (via ECF)

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).